IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ANDREA GOGEL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: |
| | ) | |
| vs. | ) | 3:14-cv-00153-TCB-RGV |
| | ) | |
| KIA MOTORS MANUFACTURING GEORGIA, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION UNDER PENALTY OF PERJURY
OF ANDREA GOGEL**

Pursuant to 28 U.S.C. §1746, Andrea Gogel hereby submits her declaration in support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment.

1.

My name is Andrea Gogel, Plaintiff in the above-referenced matter. I am of legal age and under no legal disability. My testimony is based on my own personal knowledge and is given for use in connection with the above-styled action.

**TEAM RELATIONS**

2.

One of my duties, not primary duty, was to help resolve Team Relations issues

1

as identified on the job description. (Exhibit G). I did not have the power to prevent any team member from filing a lawsuit against the company, as my duties included problem solving, but not preventing lawsuits. KMMG has a Legal Department that handles legal situations at KMMG.

3.

I was responsible for creating process, policies and systems to maintain high morale at KMMG. This included hiring and guiding Team Relations personnel. The Team Relations role required more of the building of systems and processes to ensure fair and equitable treatment, and to facilitate high employee morale. My duties also included knowledge of federal and state labor laws and to advise employees accordingly within the guidelines of these laws.

4.

I was in a position of trust and confidence, but deny that I was the only one responsible for team member morale.

5.

"Unwelcome activity" as defined on the Team Relations Manager job description, is a term that was used for union organizing activity, not EEO and legal activity. (Exhibit G).

6.

The Team Relations Manager's role does not include resolution of legal situations. KMMG has a Legal Department that handles legal situations at KMMG. The Team Relations role required more of the building of systems and processes to ensure fair and equitable treatment, and to facilitate high employee morale.

7.

Most of Team Relations' investigations included attendance problems, falsification of documents, and leaves of absences. If any investigation had the slightest appearance that it could have legal implications, it was done under the direction of Legal.

8.

I had multiple specialists indirectly reporting to me at KMMG.

9.

The key word is "presentations". Regier and Smith were female specialists, not managers. They were not offering opinions during these meetings, but my role as Manager of Team Relations was to offer opinions and interpret policy. (Exh. G). The female specialists, on the other hand, were not expected to provide opinions, but information and facts.

10.

I did not continually interrupt presentations, but offered opinions and information pertinent at the conclusion of the presentations by the specialists. I would offer opinions such as past practice and KMMG policy interpretations.

11.

Jackson was the appropriate party to keep informed of the status of issues at KMMG.

12.

I always took notes when someone made a complaint to me, but did not take notes for general meetings.

13.

Four people would have been the least number of people I have supervised since 2001.

**AHN AND MORRIS**

14.

I initially asked Randy Jackson if I could investigate the relationship between Kisha Morris and President Ahn because of the complaints I was receiving about them, I was concerned that President Ahn and Kisha Morris were engaged in a quid pro quo relationship that was affecting others at KMMG, as well as the company

itself.

15.

Kevin Kim was my superior, and he told me that I could not tell Jackson I was doing the Ahn and Morris investigation.

**2009 HOD ANNOUNCEMENT**

16.

Americans, not Koreans were the employees who filled Head of Department positions in the organizational structure starting in March 2009. I noticed I was the only American in a management role who was not designated as an HOD for my particular Department.

17.

I believed not being designated as HOD in 2009 was because the Korean Coordinators did not want to work closely with me, and Jackson knew this based on mine and Tyler's complaints to Jackson about how Kevin Kim and Justin Yoo would not speak or listen to me.

**2010 HOD ANNOUNCEMENT**

18.

I was the only American Manager that was not promoted to HOD of my particular department in 2010.

19.

I was confused and misunderstood how the promotions were being announced at KMMG during that time. I fully expected to be promoted. Moreover, during that time, it was difficult to determine what KMMG was calling a promotion and what was not a promotion, as the explanation varied depending on who I asked.

**OCTOBER 2009**

20.

Still disappointed I was not designated Head of Department ("HOD") of Team Relations, I met with both Bob Tyler and Randy Jackson in October 2009. I told Jackson there was a gender issue within the company that impacts multiple people within the organization. An example I gave was the requirement to "hide" female security officers when Korean expatriates visited the Plant. I told Jackson that my performance, as a woman, is looked at very differently than my male counterparts.

21.

I told Jackson that I was disappointed I was not named HOD of Team Relations, and that I began to realize that looking at the entire Human Resources and Administrative departments, I was the only one not named HOD who was in a management role. In response, Jackson asked me if Toyota would take me back. Jackson told me that he would have never brought me to KMMG if he had known

what it would be like for me. Jackson told me he would try to make it better, but to be patient because change is slow. I asked how slow? Jackson responded he didn't know.

**REPORT OF CONCERNS**

22.

I contributed to the following in the Report of Concerns:

a)   Page 2, paragraph 7. Entire paragraph based on an invitation to a workshop.

b)   Page 6, first bullet under item 17. Gary Langswager (safety & security) both made that complaint.

c)   Page 7, Paragraph 19.

d)   Page 11, item 9. I was one of several who complained about unethical bid processes.

e)   Page 12, item 13. That was all my complaint regarding females leaving based on treatment.

f)   Page 13, items 4 & 5. I was one of several with that complaint.

(Gogel Dep., Exhibit 23).

23.

I did not contribute to the quote contained in DSMF No. 171. I did, however,

share that Korean Management had repeatedly engaged in racial/gender discrimination and hostile work environments and unethical business practices. I focused not on "the Koreans", but on the culture of discrimination by Korean Management at KMMG.

24.

I contributed to the Report of Concerns and voiced my disapproval of the way the investigation was handled, but deny that I "endorsed" the Report. I was not the author.

25.

I interpreted the speech by Ahn to imply that American managers should not complain about anything at KMMG, because they could be at home without jobs.

**OCTOBER 2010 MEETING**

26.

Prior to the meeting I had with Randy Jackson, Charlie Webb and Bob Tyler on October, 14, 2010, Webb, former in-house counsel, told me that I really didn't have a claim and that my insistence on bringing up not being promoted might make the powers that be believe that I was only complaining to get something for myself.

27.

The purpose of the meeting in October 2010 was for me to reiterate the

concerns that I had expressed throughout 2009 and 2010.

28.

One of the concerns was that President Ahn and Kisha Morris were engaged in a quid pro quo relationship that was affecting others at KMMG, as well as the company itself. Another concern was that I was not promoted when other American men similarly situated to me were promoted. I told them that I had been told multiple reasons for not being promoted, but that I believed these reasons were simply methods to put me off and make me believe that I wasn't actually being discriminated against because of my gender.

29.

When I was going over the various reasons about why I believed not being promoted was because of my gender, Webb tried to stop me and trivialize my complaint. During the meeting, I also told Jackson, Webb and Tyler that gender wasn't the only issue at KMMG, but Caucasian men and women were also treated badly by Korean management. I told them that the American managers all felt as though they had little power and the only road to success at KMMG was to not think and follow instructions given by upper Korean management. I also complained about other American females' treatment.

30.

Additionally, during the October 2010 meeting, Randy Jackson brought up the Report of Concerns that was submitted to him and upper management in September 2010. Throughout the meeting, I told Jackson I was worried about retaliation and wanted an independent investigator to investigate my concerns and complaints. I believed the fact they weren't using an independent investigator was not only a poor investigative practice, but also was intimidating to me and could subject me to additional retaliation. (Gogel Dep., Exh. 24).

31.

I also complained about other American females' treatment. One was named Rayla Smoot who was not being promoted to a Manager in Training position. She is an African American female who was treated badly by Kevin Kim on multiple occasions. The other was named "Tina". She was let go from the front desk receptionist position because she was considered unattractive by the Koreans.

32.

During the meeting, I told Jackson I was worried about retaliation and wanted an independent investigator to investigate my concerns and complaints.

33.

The meeting ended abruptly after 45 minutes when Randy Jackson said he had

to go to another meeting. I told Jackson there were more examples and more to discuss, but after the October 2010 meeting, I did not hear from Jackson again about my complaints.

**MEETINGS**

34.

Koreans attended various meetings I was not invited to that I should have been invited to as management. Crystal Hoek, Administrative Assistant who supported the Korean staff, told me she invited who Kevin Kim told her to invite.

35.

Many times these meetings were with Paul Grimes or Arthur Williams with Randy Jackson and Justin Yoo, who was supposed to be my Korean Coordinator counterpart, and K.S. Kim, Grimes or Williams would come back downstairs after these meetings and tell me what was discussed and what K.S. wanted to happen.

36.

I frequently found myself being excluded from events and meetings that I used to be invited to. So, when I was invited to the September 2010 Management Workshop, I was shocked and did not understand why. It was not difficult to understand why I was invited when K.S. Kim began re-arranging those lined up for the photograph and was shouting to me and the only other female manager present,

Kisha Morris Tarver, to come over and make sure we were shown clearly in the photograph that was being taken.

37.

I purposely hid behind another person when the photo was taken because I realized Kisha and I were "token" female managers among all male managers and that KMMG wanted to make sure we were seen so as not to appear that discrimination against females was occurring. Several weeks later, my suspicion was confirmed when Kevin Kim called me to his desk and chastised me for not being visible in the photo.

38.

I had been complaining about discrimination, and believed KMMG wanted to include me and a black female, Kisha Morris Tarver, in order to try to show they were not discriminating against females.

39.

During my deposition, KMMG was confusing my complaint about this photograph from 2010 with another photo shoot in 2008, which I never claimed was discriminatory.

40.

The picture from 2008 was not to memorialize or prove anything, it was a

photograph of some new team members, but the list only included men. We had just hired several women, so I wanted to make sure that they were included as well in the photo.

41.

I complained to Randy Jackson on several occasions about the fact that K.S. Kim would not listen to me and would constantly berate me.

42.

I informed Jackson about Amanda Modling's resignation and the reasons she was resigning, which are contained in her resignation letter attached hereto as (Exhibit D).

43.

There were two females promoted in April 2010. One was an American female of the Korean race named Dama Smith. She was promoted to Assistant Manager. I told Randy Jackson and Bob Tyler that I was pleased Smith was selected for promotion, but that I believed the only reason she was promoted was based on the fact she was of the Korean race. The other was an African American female named Kisha Morris. She was promoted to Manager of General Affairs.

44.

Randy Jackson's typical response to my complaints about discrimination at

KMMG was to give me a lecture about blending the two cultures, and that change was slow.

**EEOC CHARGE**

45.

I had witnessed several women throughout KMMG experiencing significant damage to their careers because of discrimination at KMMG, and saw the same damage coming for myself, and realized I couldn't protect them and couldn't protect myself, and the people I reported to wouldn't protect me either.

46.

I did not tell Ledbetter that I had filed an EEOC Charge.

47.

Ledbetter heard I filed an EEOC Charge from others and then asked me about my Charge. That's when the conversation came about if I had chosen an attorney yet or not.

48.

I did not solicit others to further my own agenda, and deny I had an agenda except to protect myself from further discrimination at KMMG.

49.

I did not encourage others to file a Charge against KMMG.

50.

I did not encourage others to sue KMMG.

51.

I went to Randy Jackson about my concerns with hiding the female security guard, and he said appearances and "saving face" were very important to Koreans. Gary Langswager, HOD of Safety and Security, led me to believe the decision to hide female security guards came from Korean Management.

52.

Williams told me, "These Koreans don't treat you right.".

53.

Kevin Kim told me I should be careful because Mr. Yoon, Korean COO, would be watching me in my investigation of Terren Bonkowski. I informed Jackson of Kim's comments and expectations surrounding the investigation of Ms. Bonkowski. I understood Kim's comments to mean that I was expected to find Bonkowski guilty of some wrong-doing, and that I would be judged by the highest levels on coming up with that finding.

**DIANA LEDBETTER**

54.

I first found out Ledbetter filed an EEOC Charge when Arthur Williams told

me around December 2010.

55.

I was never asked to destroy notes that I personally made during my conversations with Ledbetter.

56.

Ledbetter complained about a pregnant server being asked to leave an event Ledbetter was planning because the Korean expatriates would find it offensive. I learned about this incident shortly before I was terminated.

**JANUARY 7, 2011**

57.

When Jackson, Webb and I met in January 2011, I specifically asked Webb if he was implying that I failed to investigate Ledbetter's complaints, and Webb responded "no."

58.

I went over Ledbetter's complaints about Ahn and Morris; demeaning job duties; and wanting to transfer to Team Relations. Webb asked me about prior investigations of Ahn and Morris, and I responded that I had never been allowed to investigate despite requesting multiple times to do so. I told them that Ledbetter had also complained to Tyler. Webb made some comment about failure to investigate

claims, and I asked him if he was referring to me, and Webb responded, "No. KMMG.". Webb asked me if Ledbetter had complained specifically about gender issues to me, and I told him no, but the belief in General Affairs was that you must be young, pretty and female. I asked them if they were replacing me, and Jackson responded "no."

**KOREANS**

59.

I have never stated I hated Koreans. That is not true. I never hated "Koreans". I am not racist towards Koreans either.

60.

I have never heard Tyler say he hated Koreans.

61.

I had to coach Arthur Williams for his inappropriate comments about Korean colleagues. Williams would say that they stink, always employed prostitutes, and basically made fun of them. I disagreed with Williams' comments.

62.

Kevin Kim told me on one occasion that Korean children were much more intelligent than children of other races.

63.

I.B. Jang, former Korean Human Resources Coordinator at KMMG, told me to never argue or disagree with Korean expatriates, and that he must explain when they were out of line.

64.

During a dinner in the summer of 2008, a high level Korean Expatriate explained to me that Koreans were superior based on the fact that they were the real descendants of the Mongols, and were smarter and much better fighters.

65.

Randy Jackson told me that I had a responsibility to understand and respect the Korean culture by supporting the "Patriarchal" culture of the Koreans. He told me examples of this were for me to determine the age of a candidate for our Korean Expatriates and help them understand the American names. I opposed his directive and told him that we are in America and follow American laws, which clearly prohibit this type of discrimination. In response, he told me I was working for a Korean company, and I had to respect their culture.

This ___17th___ day of December, 2015.

_____
Andrea Gogel