EXHIBIT 24

**Gogel, Andrea L KMMG/TR**

From: Gogel, Andrea L KMMG/TR
Sent: Wednesday, November 03, 2010 5:25 PM
To: Jackson, Randy KMMG/HR & Administration; Webb, Charles KMMG/Legal; Tyler, Bob KMMG/HR
Cc: Kim, Keun Sik KMMG/HR & Admin
Subject: On-going Investigation

As all of you aware, I contributed to the list of management concerns presented to you approximately 1 month ago. I am, for the record, going to reiterate some specific parts of conversations I have had with those who have asked to interview me regarding any items that I may have information about.

I was contacted on the evening of October 11, 2010 by Randy Jackson. Randy asked me if I could meet with him the following morning. At that point I responded that I could. After further consideration of my travel plans the following day, I contacted Randy and let him know that I would not be able to meet the following morning. He indicated that he would call me.

On October 12, 2010 I was contacted by Randy Jackson while I was en route to Cynthiana, Kentucky. He started asking me questions related to the complaints in the document. At that time, I explained to Randy that I did not feel comfortable talking just to him about my concerns, as I had expressed the concerns to him previously. I told him that I felt given the situation, I would feel more comfortable talking to an independent or outside investigator/counsel. I had little confidence that Randy could protect me from further retaliation and ostracization. I also did not feel comfortable talking about such a serious situation while I was driving in heavy traffic.

When I returned to the plant on Thursday October 14, I met with all of you - Randy Jackson, Charlie Webb, and Bob Tyler. I explained to you that I wanted reassurance that my comments would not lead to further retaliation. Charlie said that we have a policy against retaliation. I explained to Charlie that I did not have a high level of confidence that KMMG would follow that policy, but that I would answer questions you had. At that point you began to ask me questions, which I answered honestly. After approximately 45 minutes, Randy indicated that he needed to go to another meeting so we needed to wrap up our meeting. I said at that point that there was a lot more, but nothing that I had not complained to Randy about previously. However, I would answer any specific questions you had. I have since heard nothing back from you.

I was extremely surprised, as well as disappointed, when Bob Tyler approached me this afternoon and said that your investigation into the issues raised was closed, and regarding concerns that I had raised, it was difficult to address issues that I would not give information about. This is remarkable in that I have expressed that I do not trust that a thorough and impartial investigation will be completed. I am not sure how anyone could misinterpret my comments to mean that I will not provide information. I do not understand how you could portray to anyone that you have done a thorough investigation and that I am somehow not being cooperative, given that you chose to end the interview, and chose not to request any additional information from me. Did you not listen to what I told you?

Mr. KS Kim, I am carbon copying you on this e-mail, because I want to say once again, this organization needs to hire an outside firm to conduct this investigation. Being questioned about complaints by one of the individuals implicated in the document is, at best, poor investigative practices, but at worst, and for me, very intimidating. At this point, how can I trust that you will accurately record and report anything I have to say?

EXHIBIT 26

Mtg w/ Dianna Ledbetter 12-10-08

- Admin ⇒ I am doing admin out ⇒ carry water, schedule, names, order
This morning - no one knows where Kisha, Teresa or Tripe are at ⇒ maybe @ orientation. People are constantly asking for her - she missed meeting
- She also sets meetings with vendors, Alltell coke, food vendors, etc, and then does not show up. We call her, she says go in there
- Alltell already mad, sends Wendi in with no prep, background, no info. about situation
- Same happened to Dianna & Taylor.
- I was asked by Taylor to come ⇒ during my 4 wk mtg. over. Guy drove from S. Carolina about bird canteen equip.
They & Greg Butler ⇒ he fussed for 1.5 hrs.
- Half time doesn't answer, says phone is dead
- Other day, said going to see 1B, Dianna asked how 1B was, said, oh I wasn't going to see 1B, went to see his wife
- Got lectured by Kisha, Teresa saying in him - you all need to listen to her.
- Last Wed night told us we needed to work OT. No problem. Said Taylor you & I need to



CONFIDENTIAL

meet a vendor @ 7:30 @ the site.
We have 3 bids for equip. I asked
her all these questions. Made copies
of everything - got drawings, everything
laid out 5:30, 6:00, 7:00 - she's on
phone. At 7:10, she tells us all
(Diana, [illegible], [illegible], Taylor + [illegible])
During that whole time we were waiting,
were going to site to meet w/ Joey.
Asked do we need to take anything (Taylor)
All went to site - met w/ Joey (overlooking)
at Utilities Center. Met w/ him -
all sitting there. They start going
thru all these things. She turned
to Taylor + said did you bring
plumbing plans. Taylor said no,
she asked Deena, Deena said no.
He + Kisha had meeting, we were all
listening. We came back @ 9:00.
She said go home, a couple said
let's get this done. Taylor asked -
Talked w/ Greg Butler, and he said
we didn't need to enter each item in
SAP. She went off - said I've been
thru this at AMMA - we will get audited.
Greg doesn't know what he's doing,
I know what I'm doing. I know



CONFIDENTIAL

~~better than~~ what I'm doing. She said he doesn't know what he's doing" She kept doing looking at me. She said you can't trust people. They can trust her, and you're going to learn.

+ Builders are saying we're doing inappropriate things, unethical, changing scope, and only notifying 1 vendor. Greg is saying you can't do these things. Greg tells me one thing, Keisha something else.

+ She tells you something, next day something different, if ask, then says I didn't say that.

Ex Parmer water has contract. Denise told them to put water dispenser @ AMCO canteen trailer. Been there for 3 mo, vendor billing us, Denise says she didn't tell them that. Now says she did, but they put it in wrong place, so won't pay it. Keisha was supposedly handling, she signed contract



CONFIDENTIAL

She told me to look up condolence
flowers. Some options - will discuss
those options - put it in Powerpoint.
I got it together - put in PP, sent
it to her.. Next day she said we're
not going to be able to do that -
it could be anywhere in [illegible]
Same day, she asked me to look up
corp plants. Did whole thing on
that, then she was telling
Trixie to do it.
She calls Trixie, and tells Trixie
to tell everyone what to do. Then
she doesn't know what else
talking about it. Then has
Trixie follow up w/ me. That
example → Trixie ~~[illegible]~~ told me
that I need to have a rep approval
on Mr Yoo's desk that day - asked what [illegible] immediately [illegible]
Keisha will talk to Trixie + Renea,
they get what they need, she
doesn't talk to the rest of us.
Taylor said last month → Keisha
scheduled many mtgs (7 or so),
hasn't shown up @ half of them.
Wade - 4-5 mtgs w/ Alltell - Keisha has
only shown up 1 time. Doesn't know Keisha's [illegible]

CONFIDENTIAL

→ Windi - asked for [illegible] for who gets phones

→ Business cards mess - no [illegible]. some say "Tool + Die" as their Dept.

→ If you need a car - don't know where cars are. Kisha takes them w/out telling anyone. Other day car was scheduled. ~~[illegible]~~ Kisha had keys. We look like fools. Person couldn't get car because Kisha didn't come in.

→ Taylor + I were sent to Atlanta last week ⇒ "No open back + no red" We pick them out + asked them to deliver phone boards on Fri. Got back, Kisha said no, I'll pick up on Thurs. Then said no I'll pick up on Fri. Then on Friday Kisha, Trixie + Deena left + did not come back when I left at 5:30. She said they wanted to look at Team Center chairs. ~~We were all left~~ They left @ ?:30.

Don't know why, when Taylor + Deena ended [illegible].

CONFIDENTIAL

Supposedly my job is to be asst. to Pres.
Doors should be closed no one can be
in or see the rooms. I can't tell
why. are not tell

- She has direct line. Other night
when we were there until 10:30.
She was on phone w/ diff. people. 6-7 of the time on call;
I answered - CEO line. Jason Law
called & asked for him. Bertha was
at my desk. She took phone.
Then calls Mr Allen. Then tells
Jason you can call him @ - - - .
- She told me she was on phone w/ Mr Allen.
- Don't know what conv. was
- Why is she the one always in direct
cont. He brought her here from
HMMA.
- Mr Allen is pushed around by Bertha.
She overpowers him. Way she deals
w/ vendors & other people. She bats
her eyes - gets closer & closer to them -
changes her voice - "you know you're
going to do this for me don't you," Repeats
it over & over and moves in closer
to them.
- Everyone is afraid of her. They keep quiet
because she will tell something different & you'll get trouble

Gogel Doc_0174

CONFIDENTIAL

- Talk to Tech Support different like with less respect.
- 7 [illegible]
    1) Dylan order
    2) Derek got e mail
    3) Derek approves it (site longtime)
    4) Derek asked if Dianna could do it
    5) Kisha said no
    6) Derek is change w/Kisha
    Now getting copied on e mails, phone order confirmation

Logo Branders very upset w/ us. 1 mo ago, discontinued cataligue, they get [illegible] people orders [illegible]. Since Oct - they have not talked to them. Sent emails, call, voicemail, they won't call me.

Vendors very upset
- Pamer BWater
- Logo branders
- alltell
- 3 comp[illegible] Denver, Tri-mark, Food Serv. Rew. [illegible]

Always apologize

EXHIBIT
27

By signing below, I agree as follows:

A. I will not discuss my EEOC charge or similar claims against Kia Motors Manufacturing Georgia, Inc. ("KMMG") with Team Members and will not use my position to solicit or influence Team Members to make claims against KMMG;
B. I will not put any Team Members, including my reports, in any conflict of interest by seeking their assistance in any fact finding or any information gathering related to my claim against KMMG;
C. I will not make any written or verbal statements to Team Members that malign the company; and
D. I will not seek access to any files or documents that relate in any way to the merits of my claim or similar claims against KMMG.

| | |
|---|---|
| Andrea Gogel | C D Webb Jr. |
| Signature | Witness |
| Andrea Gogel | CHARLES D. WEBB, JR. |
| Printed Name | Printed Name |
| 12-6-10 | 12-6-10 |
| Date | Date |

EXHIBIT 28

Week of 3-9 to 3-13
-Kisha was in & out
Sick - we did not know
where she was - Deresa
would talk to her on the
phone constantly but
would not share any info
Mr. Yoo had to deal directly
w/team. Everyone had a

great week - He
answered questions directly
& did not talk to us like we
were stupid - Everyone got
caught up on the latest
info - Kisha had apparently
not been sharing.

I heard people in
my group talking this
week about when K
passed out one night
The Friday Night before
WIP Visit - she stood up
then fell in floor.
out for about 30 secs.

CONFIDENTIAL

2-16-09 -

Asked Deresa where Kisha was -
she said she was on her way
- Arrived 9:00 AM
left around noon
arrived back 3:30

Dinema was asked to do a spread sheet
of lease prices for 2009 pool cars - she was
not given all the prices on the cars -
she turned in the RA Friday 2-13-
Kisha calls me to Mr. Yoo's desk at
5:00 PM 2-13 & asks me to re-do the
RA & create a new spreadsheet ASAP.
I try & fail as well - go home 6:00
Monday - Dinema & I try to finish -
Dinema does not have all info - Kisha
says she emailed it - It was not emailed
- Kisha gets upset at Dinema for not completing

As of 4:30 Dinema still does not have
the email w/ Pool car pricing & RA is
still not complete & Kisha is upset
at Dinema for not already having
it done.

[signature]

CONFIDENTIAL

2-17-09

Arrived 8:10
Left 3:00 - went to Hotel
Pres. Ahn arrived

Diana was told to go to the airport at 2:00 - She leaves - has no direction - Kisha calls says change to plans - go to exit 89 - GA 400 nen calls with more instructions n where to go - Diana goes to otel - Kisha is there - arrive same ime & dropped off gifts & left - she was behind me the entire me - I was at exit 40 something nen she told me to go to exit 89

If she would have given me more info - ~~ef~~ like where I was going or that she was right behind me - I could have suggested ~~$~~that I just stop & give her the gifts. Instead I drive to Buckhead & back

CONFIDENTIAL

2-18-09

Kisha arrives at 8:20

goes to site at 9:00

* stays w/ Pres Ahn until 2:00 - comes to office and stays

Taylor gets an email from Compass concerning letter of intent - Compass is ready to start canteen operation 3/1/09

Kisha has not given Taylor any info concerning canteen updates

2-19-09

Deresa leaves at 8:30

No one knows where she is

- No one really has anything to be working on

CONFIDENTIAL

2-19-09
Pizza Lunch

Kisha arrives?
Kisha leaves 2:30

- kisha calls Windi 9:30 -
- Kisha calls Diana 10:00
- Kisha orders 100 pizza 30/70
- Kisha says pizzas will be delivered
- 11:00 kisha calls - tells us to go get pizza
- 11:30 at Training center - NO pizza - 400 people waiting
- 11:40 - Pizza arrives - 70 pizzas gone in less than 10 minutes
- About 30 to 40 people did not receive pizza
- call kisha - she says 25 more on the way -
- 10 pizza's are taken from the 30 at Lagrange - send 10 to Training Center - 10 arrive at 12:00 there are still about 10 or 80 people w/ no pizza.

25 pizza show up 12:30 most people have left -
1:15 - Kayla brings in 30 Fox's Pizza - 1:15 Windi bring's 10 - no one ~~shows~~ is there

Kisha - mad at Diana & Windi said we didn't follow direction we didn't give her info we didn't tell her 11:30 start time
Windi has meeting after work
- kisha accepts No responsibility
- Kisha said we did not follow directions & that she was not going to ask us to do anything like this again.

CONFIDENTIAL

2-20-09

- Kisha arrives 8:10
- Kisha is working on office supplies
- Kisha spends 10:00 - 10:30 talking personally w/ Ken Johnson

2-26-09

Taylor meets w/ Kisha - invoice from Oct - before Taylor started - Kisha gets on to her for not getting the invoice in before closing yr. Taylor was upset because it was out of her control & before she started - she was not aware of it.

CONFIDENTIAL

2-20-09

Diana had a meeting w/ Kisha - 2½ hours - I expressed my frustrations and told her I felt that I could do nothing right & that she was always upset and our team. She stated that I was being too hard on myself & that I was doing great. I asked about the Pizza lunch & why she didn't think we followed directions - she stated that she was doing protocal - Mr. Ahn told her to order 100 pizza so that's what she did - basically she talked 75% of the time & of how she has given others direct & they have not followed & they were sorry they did not. She said I should not have gotten stressed out about the TM's not having enough pizza - that was not my responsibility & she would take care of it. She was very positive through the meeting. She did however express that she didn't think I thought my job was important. I told her I agreed & that I had a brain & could think for myself but that I had not had a chance to do it because All I was allowed to do was exactly what she said.

CONFIDENTIAL

basically order card flowers
busicards - etc -
After the meeting we both
left on the positive.

By the way - the
night before Wendi
had basically the same
conversation & Kisha
was a complete opposite.

CONFIDENTIAL

2-20-09
4:30 Meeting.
She discusses info concerning VIP visit - Dinema has questions about poolcars - Kisha is very condescending towards her & says that they re not talking about it anymore - Dinema was trying to tell her there were not going to be enough cars for the week of 2-23 - 2-27. Kisha walks out on a visitor - Meanwhile - we help try & understand - Kisha comes back - Windi speaks up & say I understand what Dinema is saying - there is not enough - explained - Kisha listened - Dinema was very frustrated.
Then Kisha tells Dinema to go pick up cars from Union City - Dinema had been asking all day - Kisha said No - then at 4:45 Says go - why are we waiting - So Windi Trixie Teresa & Dinema drove to pick up more cars - didn't get back

CONFIDENTIAL

2-23-09 thru 2-24-09
VIP visit - everything is
confidential

2-25 - 2-27
Kisha is in and out - VIP

2-25-09- Meeting - she told
us we did a good job
2-26-09- lunch at hongtown's
Mr. Yoo paid for -
2-27-09
K- started spraying ~~Ebo~~ Febreze -
"hater spray" - says that other
depts are jealous of us -

CONFIDENTIAL

2-26-09 2:00
Mr Yoo held meeting -
told we did good job &
that VIP event info is
confidential - also that
other depts are jealous
because we work w/ exe level
& everything is conf.

CONFIDENTIAL

3-2-09 arrived 8:10
Meeting - "hater spray"
3-3-09 - arrived 10:00

CONFIDENTIAL

3-4 to 3-6 - Kisha out sick
No one has any assignments,
everyone is caught up & waiting
-Deressa is in constant contact
w/ Kisha - Derassa seems to alway
have a project.

3-9-09 Kisha arrived 8:30
Taylor, Windi, Teresa, Dinoma, Andy
Trixie, Diana, have nothing to work
on

9:00 have meeting until 10:30
give one or two assignments to
DIANA, Trixie, Windi, Dinema, Deressa,
Not to Teresa, Taylor or Andy
-sprayed the spray over & over
5:00 sprayed the "hate spray"

3-10-09

Kisha has been talking over phone to Deresa for 45mins - 9:45 to 10:30.

10:35 - Kisha still has not arrived

- Kisha is MIA - 3:30pm

Deresa has been on the phone w/ kisha the majority of the day.

When anybody asks Deresa where kisha is - she says I ~~don't~~ know - is kisha coming in? - I don't know.

Kisha never came in.

CONFIDENTIAL

Kisha has been telling
a lot of "stories"
about HMMA &
here about how title
doesn't matter & that
She can tell Eddie &
Randy what to do.
& Mr. Yoo

Because she can
pick up the phone &
call the president
directly

3-17-09
K gave assignments
to everyone - spoke to
us like we were in Pre-k
used dramatic examples to
explain - took over an hour
w/ one person to explain
to do a simple spreadsheet.

CONFIDENTIAL

3-18-09
K set up meeting
w/ Compass Group for
Canteen - Then told
Taylor to handle it -
Taylor tried to ask Questions
K kept repeating the same
thing - I'll meet you at
1:00 - She did this in front

Of the whole dept.
Taylor was stuck in a
meeting w/ vendor w/ no
info for a couple of
hours - Vendor came from
S. Carolina for this meeting

CONFIDENTIAL

EXHIBIT
29

KIA MOTORS
The Power to Surprise
KIA MOTORS MANUFACTURING GEORGIA, INC.
7777 KIA Parkway, West Point, Georgia 31833
Tel : 706-902-7777 • Fax : 706-902-9999

January 19, 2011

Andrea Gogel
[redacted]
Pine Mountain, Georgia 31822

VIA CERTIFIED & REGULAR U.S. MAIL
RETURN RECEIPT REQUESTED
ARTICLE NO.: 70081140000307259496

Dear Andrea:

As you know, your position as Manager of Team Relations in Human Resources is critically important to KMMG. One of your primary duties is to investigate potential discrimination or harassment claims, either personally or by directly supervising those conducting the investigations, in order to protect KMMG by taking prompt action when warranted. You and KMMG previously recognized the potential for conflict of interest in the discharge of your duties, and on December 6, 2010, you signed the attached document [Attachment A]. In this document you agreed that you would not solicit or influence team members to make claims against KMMG, you would not put any team members in a conflict of interest, you would not make any written or verbal statements to team members that malign the company, and that you would not seek to access files or documents that relate in any way to the merits of your claims.

As we discussed on January 7, 2011, Diana Ledbetter filed a change of discrimination against KMMG on December 10, 2010. Part of this charge alludes to claims that the Company, including Human Resources, did not properly investigate her complaints against KMMG. In investigating this charge, KMMG received credible reports that the Charging Party discussed her intent to file a claim with you in advance of doing so, that you did not attempt to encourage the individual to internalize the complaint (rather than to externalize the complaint), and that you did not notify the Company about the likely filing of a charge by another individual. You were seen by multiple people having numerous, lengthy private conferences with Ms. Ledbetter during the last two-three months, yet you denied having any significant recent interaction with her. Based on our investigation, one could conclude that you encouraged or even solicited the filing of the charge. At the very least, there is an appearance of a conflict of interest sufficient to cause the Company to lose confidence in the loyalty and trust that is required by your position.

Also, since your administrative leave began, we have received additional reports from within your department and elsewhere which caused KMMG to lose faith in you as a manager. Team Members fear retaliation from you, find inappropriate your stated and demonstrated personal dislike for many of the managers at KMMG, and are concerned by your demonstrated animus toward the Korean culture at KMMG. Finally, some of the Team Members you supervise perceive that you do not support KMMG's positive conciliatory approach to dealing with issues, but instead prefer a combative win-lose approach which often escalates issues unnecessarily.

1291030.1

Therefore, KMMG has no alternative but to discharge you immediately.

Please immediately return all copies of KMMG documents in any form, electronic or otherwise, in your possession. We remind you that your contractual confidential obligations with regard to information you learned or obtained during your employment survives your termination of employment.

We believe you may still be in possession of confidential information, trade secrets, and other proprietary KMMG property which must be returned to KMMG immediately and not disclosed to anyone.

Please call Gary Langswager at (706) 350-3149 to arrange a time to pick up your personal effects from your office and to arrange the return of all KMMG property, confidential, trade secret, or otherwise.

Sincerely,

J. Randy Jackson
Director, Human Resources

EXHIBIT
30

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: Agency(ies) Charge No(s):

[ ] FEPA

[X] EEOC 410-2011-01725

and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mrs. Andrea Gogel | [redacted] | |

Street Address / City, State and ZIP Code

[redacted] Pine Mountain, GA 31822

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| KIA MOTORS MANUFACTURING GEORGIA | 500 or More | |

Street Address / City, State and ZIP Code

7777 Kia Parkway, West Point, GA 31833

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE [ ] COLOR [ ] SEX [ ] RELIGION [ ] NATIONAL ORIGIN

[X] RETALIATION [ ] AGE [ ] DISABILITY [ ] GENETIC INFORMATION

[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 01-19-2011 Latest: 01-19-2011

[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I. I began working as a Team Relations Manager for the above named employer on March 17, 2008. I filed EEOC Charge #: 410-2011-00549 against the above named employer on November 10, 2010. I was discharged on January 19, 2011.

II. The reason given for my discharge was that I had encouraged another employee to file a charge of discrimination with the EEOC.

III. I believe that I have been retaliated against due to my opposition to acts made unlawful by Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED
FEB 08 2011
EEOC-ATDO

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

2-08-2011 [signature]

*Date* *Charging Party Signature*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EXHIBIT 32

GOODYEAR

June 14, 2011

Andrea Gogel
[redacted]
Pine Mountain, Georgia 31822

Dear Andrea,

I am extremely pleased to extend an offer to you for the position of Organizational Development Manager at The Goodyear Tire & Rubber Company located in Danville, Virginia . This letter is to confirm the telephone conversation regarding our formal offer of employment. You will report directly to me, Michael Lewandowski.

Based on our current salary structure, your starting salary will be $130,000.08 annually ($10,833.34 per month paid semi-monthly). The Goodyear Tire & Rubber Company also offers a competitive and comprehensive benefit package. Your annual vacation eligibility will be 4 weeks pro-rated based on your actual hire date. In most functions, associates need to reserve vacation for shut down periods. Please review these dates with your manager. All other vacation rules will apply according to company policy. In addition, there are eleven holidays in 2010.

By accepting this offer, you will be eligible for a "special sign on bonus" of $10,000 gross pay, subject to all applicable taxes, to be paid within fourteen days of the effective hire date on the first day of employment. If you voluntarily leave the company's employ or are discharged for cause within 12 months of your hire date, you agree to immediately reimburse the company in full for these special bonuses. See Attachment A for your signature.

With regard to your relocation, subject to eligibility guidelines, you may be eligible to participate in the company's relocation program, which will provide home sale and purchase assistance along with the moving of household goods. In addition, the company will provide you with a one month's salary up to $10,000 relocation allowance, which will be paid upon your move and is subject to any applicable taxes.

Unless otherwise mutually agreed, the above offer is effective until June 20, 2011, and is contingent upon passing a background check and drug screen. As part of this process, proof of education requires that both the degree and its discipline will be verified. On your first day, an I-9 form will be completed. Enclosed is a copy of acceptable documentation for employment eligibility. Also, you will find enclosed a copy of the Company's Associate Confidentiality & Intellectual Property Agreement (ACIPA). This copy is for your review and to keep and you will be asked to sign this agreement on your date of hire. Signing this agreement is a condition of employment.

Please fax the following items to The Goodyear Tire & Rubber Company at (802) 735-0279.

- Your signed offer letter
- The signed Computer User Agreement
- A signed copy of Attachment A

Before you take any action relative to your current employment, other job offers, or place of residence, The Goodyear Tire & Rubber Company strongly suggests that you ensure you have been advised by us that the hiring conditions have been successfully met.

We hope you find our offer acceptable and we look forward to you becoming a member of The Goodyear Tire & Rubber Company team. Please contact me with any questions you have regarding this offer at 434-791-9256.

Sincerely,

Michael Lewandowski

AGREED AND ACCEPTED

By: Andrea Gogel (signature) 6-21-11

Andrea Gogel Date