## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| ANDREA GOGEL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| | ) | 3:14-cv-00153-TCB |
| v. | ) | |
| | ) | |
| KIA MOTORS MANUFACTURING | ) | |
| GEORGIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF CONSENT FOR JOHN L. MAYS
## TO WITHDRAW FROM REPRESENTATION

COMES NOW John L. Mays and hereby files this Certificate of Consent to Withdraw as counsel for Andrea Gogel pursuant to Local Rule 83.1(E) showing as follows:

1. John Mays of Mays & Kerr LLC and Meredith Carter of M. Carter Law, LLC are currently attorneys of record in this matter.

2. Mr. Mays will withdraw from representing Plaintiff Andrea Gogel, and Ms. Carter will remain counsel of record for Ms. Gogel. No deadlines or proceedings will be affected by Mr. Mays' withdrawal. In addition, Court notifications will continue to be sent to the contact information for Ms. Carter on behalf of Ms. Gogel.

3. Ms. Gogel and Ms. Carter consent to Mr. Mays' withdrawal.

**WHEREFORE**, Mr. Mays respectfully requests that he be permitted to withdraw from this matter and that his name be stricken as counsel of record in this matter.

CONSENTED TO BY:

_____
ANDREA GOGEL

_____
John L. Mays

Respectfully submitted, this  2nd  day of  November , 2016.

/s/ John L. Mays
Georgia Bar No. 986574

MAYS & KERR LLC
235 Peachtree Street NE
North Tower, Suite 202
Atlanta, GA 30303
T: (404) 410-7998
F: (404) 855-4066
john@maysandkerr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| ANDREA GOGEL, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO: |
| | ) | |
| | ) | 3:14-cv-00153-TCB |
| v. | ) | |
| | ) | |
| KIA MOTORS MANUFACTURING | ) | |
| GEORGIA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing **Certificate of Consent for John L. Mays to Withdraw from Representation** with the Clerk of Court using the CM/ECF system which will automatically send email or other notification of such filing to the following attorneys of record:

> W. Jonathan Martin II
> William M. Clifton III
> Joseph M. Murray, Jr.
> Constangy, Brooks & Smith, LLP
> 577 Mulberry Street, Suite 710
> P.O. Box 1975
> Macon, GA 31202

This 2nd day of November, 2016.

/s/ John L. Mays
Georgia Bar No. 986574